1  Yasha Bronshteyn, Esq.
   Ginzburg & Bronshteyn, LLP
2  11111 Santa Monica Boulevard, Suite 1840
   Los Angeles, CA 90025
3  Tel. (310)914-3222
   Fax (310)914-4242
4  Email: yashagbllp@yahoo.com
   SBN: 210248
5
   Marla B. Siegel, Esq.
6  Lonstein Law Office, P.C.
   80 North Main Street, P.O. Box 351
7  Ellenville, NY 12428
   Tel. (845) 647-8500
8  Fax (845) 647-6277
   Email: Legal@signallaw.com

IT IS SO ORDERED

Judge Edward J. Davila

11/21/2013

9

10              UNITED STATES DISTRICT COURT FOR THE
                 NORTHERN DISTRICT OF CALIFORNIA
11                       SAN JOSE DIVISION

12  -------------------------------------------------
    DIRECTV, LLC, a California limited
13  liability company,

14                Plaintiff,              **NOTICE OF SETTLEMENT AND**
                                          **ADMINISTRATIVE DISMISSAL**
15        v.
                                          Civil Action No. 5:13-cv03654-EJD
16  ONOFRIO MAURIZIO CUTRIGNELLI,
    Individually, and as officer, director,
17  shareholder and/or principal of THE GOOD
    FORK, d/b/a THE GOOD FORK,
18
    and
19
    THE GOOD FORK, d/b/a THE GOOD
20  FORK,

21                Defendants.
    -------------------------------------------------
22

23      **PLEASE TAKE NOTICE THAT** the parties herein hereby notify the Court that they have

24  settled the within and foregoing action and no party named herein being an infant or incompetent,

25  notify the Court of the settlement of this action with prejudice.

26      This is based upon a settlement made between Plaintiff and the above referenced specific

27  Defendants, wherein Defendants will pay a certain consideration by **April 15, 2014.** The Clerk's

28  Office, in its discretion, is authorized to administratively close this case due to this settlement.

                                    -1-

1    However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and

2    reinstate its claim against Defendants.   Alternatively, upon completion of the terms of this

3    settlement, Plaintiff will dismiss its claims against the Defendants pursuant to Rule 41 of the Federal

4    Rules of Civil Procedure.

5         The Clerk shall adminstratively close this file.

6

7

8       Dated: November 19, 2013
             Ellenville, New York

9                        Respectfully submitted,

10                      DIRECTV, LLC

11                      By: /s/ Marla B. Siegel
                         MARLA B. SIEGEL, ESQ.

12                          Attorney for Plaintiff
                         LONSTEIN LAW OFFICE, P.C.

13                          Office and P.O. Address
                         80 North Main Street : P.O. Box 351

14                          Ellenville, NY  12428
                         Telephone:  (845) 647-8500

15                          Facsimile:   (845) 647-6277
                         Email: Legal@signallaw.com

16                          *Our File No.  ES12-10CA-18A*

17                      BY: /s/ Yasha Bronshteyn
                         YASHA BRONSHTEYN

18                          Bar Roll No. 210248
                         GINZBURG & BRONSHTEYN, LLP

19                          Resident Counsel for Plaintiff
                         11111 Santa Monica Boulevard

20                          Suite 1840
                         Los Angeles, CA 90025

21                          Tel. (310)914-3222
                         Fax (310)914-4242

22                          Email: yashagbllp@yahoo.com

23

24

25

26

27

28

           Notice