n/a
Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
SBN: 210248

Marla B. Siegel, Esq.
Lonstein Law Office, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Legal@signallaw.com

**IT IS SO ORDERED**
Judge Edward J. Davila
11/21/2013

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---

DIRECTV, LLC, a California limited liability company,

    Plaintiff,

v.

ONOFRIO MAURIZIO CUTRIGNELLI, Individually, and as officer, director, shareholder and/or principal of THE GOOD FORK, d/b/a THE GOOD FORK,

and

THE GOOD FORK, d/b/a THE GOOD FORK,

    Defendants.

---

**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**

Civil Action No. 5:13-cv03654-EJD

**PLEASE TAKE NOTICE THAT** the parties herein hereby notify the Court that they have settled the within and foregoing action and no party named herein being an infant or incompetent, notify the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration by **April 15, 2014.** The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement.

-1-

However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendants. Alternatively, upon completion of the terms of this settlement, Plaintiff will dismiss its claims against the Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure.

The Clerk shall adminstratively close this file.

Dated: November 19, 2013
Ellenville, New York

Respectfully submitted,

DIRECTV, LLC

By: /s/ Marla B. Siegel
MARLA B. SIEGEL, ESQ.
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
80 North Main Street : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:   (845) 647-6277
Email: Legal@signallaw.com
*Our File No.  ES12-10CA-18A*

BY: /s/ Yasha Bronshteyn
YASHA BRONSHTEYN
Bar Roll No. 210248
GINZBURG & BRONSHTEYN, LLP
Resident Counsel for Plaintiff
11111 Santa Monica Boulevard
Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com