Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
SBN: 210248

Marla B. Siegel, Esq.
Lonstein Law Office, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Legal@signallaw.com

*IT IS SO ORDERED*
*Judge Edward J. Davila*
4/8/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company, ) ) ) Plaintiff(s), ) ) ) vs. ) ) ONOFRIO MAURIZIO CUTRIGNELLI, ) Individually, and as officer, director, ) shareholder and/or principal of THE GOOD ) FORK, d/b/a THE GOOD FORK, ) ) and ) ) THE GOOD FORK, d/b/a THE GOOD FORK, ) ) Defendants. ) ) ) | Case Number: 5:13-CV-03654-EJD<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE THAT Plaintiff DIRECTV, LLC (hereinafter "Plaintiff"), has compromised the within and foregoing action, and no party named herein being an infant or

1  incompetent, herewith notifies the Court of the settlement of the above-styled action and thereby
2  dismisses its complaint, in its entirety, against Defendants with prejudice and without costs
3  pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: April 2, 2014
       Ellenville, New York

    Respectfully submitted,

    DIRECTV, LLC

    BY:  /s/ Yasha Bronshteyn
    YASHA BRONSHTEYN
    Bar Roll No. 210248
    GINZBURG & BRONSHTEYN, LLP
    Resident Counsel for Plaintiff
    11111 Santa Monica Boulevard
    Suite 1840
    Los Angeles, CA 90025
    Tel. (310)914-3222
    Fax (310)914-4242
    Email: yashagbllp@yahoo.com